IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BILL ELLIOTT, as Administrator of                                              PLAINTIFF
Estate of Kelly Elliott, Deceased

v.                                      No. 3:12CV00152 JLH

HAMILTON STEVENSON;
DOUBLE J TRANSPORT, LLC; and
JOHN DOES 1-10                                                                 DEFENDANTS

## ORDER

Counsel for the plaintiff has written the Court requesting, on behalf of both parties, an extension of time to file the Rule 26(f) report and for permission for the plaintiff to engage in discovery of Hamilton Stevenson on the identity and location of Double J Transport, LLC. A copy of the letter is attached to this Order. The letter will be treated as a motion. The motion is granted. The plaintiff is permitted to engage in discovery of Hamilton Stevenson related to the identity and location of Double J Transport, LLC. The deadline for submitting the Rule 26(f) report is extended up to and including December 4, 2012.

IT IS SO ORDERED this 26th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

# WILCOX & LACY PLC

ATTORNEYS AT LAW

600 S. Main Street
Jonesboro, AR 72401

WRITER'S EMAIL: djones@wilcoxlacy.com

TOLL FREE 877-931-3101
870-931-3101
FAX 870-931-3102

September 24, 2012

Honorable J. Leon Holmes
U.S. District Court Judge
Eastern District of Arkansas
500 W. Capitol, Room D469
Little Rock, AR 72201

> Re: **Bill Elliott, as Administrator of the Estate of Kelly Elliot, Deceased v. Hamilton Stevenson, et al; U.S. District Court No.: 3:12-CV-00152-JLH**

Your Honor,

On September 19, 2012, Richard Lusby, attorney for Hamilton Stevenson, and I conferred regarding Rule 26(f) issues. The Rule 26(f) report is currently due on October 4, 2012.

Unfortunately, Plaintiff's efforts to locate Double J Transport, LLC and serve it with process continue to be unfruitful.

Because Double J has not been served, both Richard Lusby and myself agree that extending the deadline for the submitting a Rule 26(f) report would be appropriate. The parties have also agreed that the prohibition on discovery prior to the Rule 26(f) conference would not prohibit discovery from separate Defendant, Hamilton Stevenson, related to the identity and location of Double J Transport, LLC.

Sincerely,

*[signature]*

Dustin H. Jones

DHJ/kg
cc: Richard Lusby, Esq.