**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

BILL ELLIOTT, as Administrator of                                        PLAINTIFF
the Estate of Kelly Elliott, Deceased

v.                      No. 3:12CV00152 JLH

HAMILTON STEVENSON;
DOUBLE J TRANSPORT, LLC;
FRANK L. JACKSON, JR.;
ERIC JOHNSON; and JOHN DOES 1-10                                   DEFENDANTS

## ORDER

        The defendants have filed a motion for continuance and extension of deadlines. This case is currently scheduled for trial sometime during the week of October 21, 2013. The defendants' motion for continuance recites that counsel has only recently re-established contact with the defendants and has only recently discovered the whereabouts of critical eyewitnesses, none of whom have been deposed. The motion establishes good cause for the continuance. Furthermore, the Court has two other cases set for trial during the week of October 21, 2013, in Jonesboro. While the Court can try two of the three cases, it cannot try all three of them. Since this case does not appear to be ready for trial, the motion for continuance will be GRANTED. Document #36. This case is removed from the trial docket for the week of October 21. A new scheduling order will be entered separately.

        IT IS SO ORDERED this 1st day of October, 2013.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE